In the Matter of JAMES MANNING, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of Department of Correctional Services, et al., Respondents. [595 NYS2d 354] —Determination unanimously confirmed and petition dismissed. Memorandum: The determination of the Hearing Officer that petitioner violated 7 NYCRR 270.2 (B) (14) (i) was supported by substantial evidence *(see, Matter of Hernandez v LeFevre,* 150 AD2d 954, 955, *lv denied* 74 NY2d 615).

Petitioner's other contentions were not raised in his administrative appeal and are, therefore, beyond the scope of our

review *(see, Matter of Nelson v Coughlin,* 188 AD2d 1071). (Article 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Callahan, J. P., Pine, Fallon, Doerr and Boehm, JJ.